JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 08-06996 SJO (FFMx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| $705,929.25 IN U.S. CURRENCY, | |
| Defendant. | |

Plaintiff United States of America (the "Government") filed its Verified Complaint for Forfeiture on October 23, 2008. Notice of this action has been given in the manner required by law, and no claimants have filed a claim or an answer to defend his or her interest, if any, in the Defendant $705,929.25 in U.S. currency (the "defendant currency"). Default has been entered against Sonic Labzone, Inc., Justino Herrera, and all other potential claimants to the defendant currency. Accordingly, defendant currency is forfeited to the Government, which the Government shall dispose of according to law.

IT IS SO ADJUDGED.

May 22, 2009

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE